# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENEEN ALLMOND,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS INC.; TRANS UNION LLC; CBC COMPANIES, INC, d/b/a INNOVIS,<br><br>Defendants. | CASE NO.<br><br>4:25-cv-02861-HSG<br><br>**ORDER TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed, without prejudice as to Defendant EQUIFAX INFORMATION SERVICES LLC only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: 7/16/2025

*Haywood S. Gilliam Jr.*
Honorable Judge Haywood S. Gilliam, Jr.