# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENEEN ALLMOND,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS INC.; TRANS UNION LLC; CBC COMPANIES, INC, d/b/a INNOVIS,<br><br>Defendants. | CASE NO.<br><br>4:25-cv-02861-HSG<br><br>**ORDER TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed, with prejudice as to Defendant COMMUNITY LOAN SERVICING, LLC only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: 7/16/2025

*Haywood S. Gill Jr.*
Honorable Judge Haywood S. Gilliam, Jr.